UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

NOVEMBER 20, 2017
DATE OF PROCEEDING

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket # CR 17-213 (NLH)

TITLE OF CASE:

UNITED STATES OF AMERICA
vs.

MARIA TAVERA
DEFENDANT PRESENT

APPEARANCE:
R. David Walk, Jr., AUSA for Government.
Gilbert J. Scutti, Esq. for Defendant.
Joshua MacAvoy, Senior U.S. Probation Officer.
Armando Hasbun, Spanish Interpreter.

NATURE OF PROCEEDINGS: SENTENCE ON ONE COUNT INFORMATION
Ordered interpreter sworn, Armando Hasbun, Spanish Interpreter sworn.
SENTENCE: term of probation 3 years with special conditions 6 months home detention, 100 Hours Community Service, etc.
RESTITUTION: $40,490.17
Fine Waived.
SPECIAL ASSESSMENT: $100.00
Consent Forfeiture Money Judgment agreement previously entered remains in full effect.
Defendant and Counsel advised of right to appeal.
Order to be entered.

Time commenced: 11:00 a.m. Time Adjourned:12:05 p.m. Total Time: 1 hour, 05 minutes

s/Gladys Novoa, Deputy Clerk