**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*CRAIG CARPENITO*
*United States Attorney*

*Camden Federal Building & U.S. Courthouse*
*Post Office Box 2098, 401 Market Street, 4th Floor*
*Camden, New Jersey 08101-2098*

*856/757-5026*
*Fax: 856/968-4917*

September 22, 2020

Marcy Plye, Deputy-In-Charge
United States District Court
401 Cooper Street
Camden, New Jersey 08101

Re: United States v. Maria Tavera
Crim. No. 17-213 (NLH)

Dear Mrs. Plye:

Please be advised that the above-mentioned matter has been completed with respect to defendant Maria Tavera.

Kindly cancel the ORDER Setting Conditions of Release dated June 9, 2017 for **$100,000** unsecured bond.

Thank you.

Very truly yours,

CRAIG CARPENITO
United States Attorney

By: R. DAVID WALK, JR.
Assistant U.S. Attorney