**PROB 12A**
**(7/93)**

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Maria Tavera

Cr.: 17-00213-001
PACTS #: 3642793

Name of Sentencing Judicial Officer: THE HONORABLE NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/20/2017

Original Offense: Theft or Embezzlement in Connection with Heath Care, 18 U.S.C. § 669

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, $40,490.17 in Restitution, 100 Hours of Community Service, Financial Disclosure, Location Monitoring Program, No New Debt/Credit, Forfeiture

Type of Supervision: Probation Date Supervision Commenced: 11/20/2017

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution |

U.S. Probation Officer Action:

Throughout her term of probation, Tavera has paid $20,900 towards her restitution. Her supervision is due to expire on November 19, 2020, with an outstanding restitution balance of $17,887.22. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of her earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kelly A. Maciel*

By: KELLY A. MACIEL
U.S. Probation Technician

/ kam

APPROVED:

*Elisa Martinez* *08/18/2020*

ELISA MARTINEZ Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

XX Allow Supervision to Expire as Scheduled on November 19, 2020 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/ Noel L. Hillman , USDJ

Signature of Judicial Officer

October 9, 2020

Date